HAROLD SINGLETON
#2341696 - RAMSEY 1 UNIT
1100 FM 165
ROSHARON TX 77583

August 31, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

ABEL ACOSTA, Clerk
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711

IN RE: WR-83,560-01 - <u>SINGLETON VS. STATE OF TEXAS</u>

Dear Honorable Clerk:

On July 9, 2015, this Court filed my 11.07 Writ of Habeas Corpus. Will you please let me know the status of this writ. Will you also let me know if this court receive Applicant's answer.

Sincerely thanks,

Harold S Singleton